DLM

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HAKAN YALINCAK,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL COMPANIES, INC.; WARDEN WAYNE T. SALISBURY, JR.; ASSOCIATE WARDEN JOHN DOE 1; JEAN SINGLETON; LINDA LUGO; JUNE M. CARLTON; PATRICK TOOLIN; FRANK BOTELLO; JOHN DOE 2 A/K/A "C.O. BUCKLESS"; JANE DOE 1 A/K/A "C.O. FALCON"; JANE DOE 2 A/K/A "C.O. MORALES"; JOHN DOE 3 A/K/A "SGT. GOMES"; JANE DOE 3 A/K/A "NURSE MAUREEN"; JANE DOE 4 A/K/A "NURSE LISA"; LUIS A. CERBO; JOHN RIEDEL; JOHN DOE 4 A/K/A "LT. MOUGENOT"; AND JOHN DOE 5 A/K/A "SGT. DOE 5";<br><br>Defendants. | CASE NO.<br>(Jury Trial Demanded)<br><br>CA 08 57T |

**NOTICE OF MANUAL FILING OF EXHIBITS TO COMPLAINT**

The Plaintiff, Hakan Yalincak ("Plaintiff" or "Mr. Yalincak"), hereby files Exhibits A through B to his Complaint manually as he does not have access to an Adobe PDF converter, is appearing Pro Se, and is currently incarcerated and thus cannot file these accompanying documents electronically. Therefore, the Plaintiff is manually filings these documents simultaneously with the Complaint, and is manually serving all parties hereto.

Respectfully submitted,

[signature]

Hakan Yalincak Pro Se
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986
(252) 358-5200 Tel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Exhibits A through B was mailed this 14th day of February, 2008 by first-class mail, postage pre-paid by depositing a copy of the same in the RCI Facility legal mailbox, addressed as follows:

Richard Crane, Esq.
Cornell Companies, Inc.
1700 West Loop South, Suite 1500
Houston, TX 77027
(On behalf of all Defendants)

Hakan Yalincak

JH

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

HAKAN YALINCAK,

Plaintiff,

v.

CORNELL COMPANIES, INC.; WARDEN WAYNE T. SALISBURY, JR.; ASSOCIATE WARDEN JOHN DOE 1; JEAN SINGLETON; LINDA LUGO; JUNE M. CARLTON; PATRICK TOOLIN; FRANK BOTELLO; JOHN DOE 2 A/K/A "C.O. BUCKLESS"; JANE DOE 1 A/K/A "C.O. FALCON"; JANE DOE 2 A/K/A "C.O. MORALES"; JOHN DOE 3 A/K/A "SGT. GOMES"; JANE DOE 3 A/K/A "NURSE MAUREEN"; JANE DOE 4 A/K/A "NURSE LISA"; LUIS A. CERBO; JOHN RIEDEL; JOHN DOE 4 A/K/A "LT. MOUGENOT"; AND JOHN DOE 5 A/K/A "SGT. DOE 5";

Defendants.

CASE NO.
(Jury Trial Demanded)

CA 08 57S

**EXHIBITS TO PLAINTIFF'S COMPLAINT**

The Plaintiff, Hakan Yalincak ("Plaintiff" or "Mr. Yalincak"), appearing Pro Se, files Exhibits A through B to his Complaint being filed simultaneously herewith. The Plaintiff is also filing herewith an accompanying "Notice of Manual Filing" and is manually serving each party hereto.

Respectfully submitted,

[signature]

Hakan Yalincak Pro Se
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986
(252) 358-5200 Tel.