**EXHIBIT B**

Front Page
World
UK
UK Politics
Business
Sci/Tech
Health
Background
Briefings
Medical notes
Education
Entertainment
Talking Point
In Depth
AudioVideo

Monday, 22 May, 2000, 09:45 GMT 10:45 UK

# Prozac 'may encourage suicide'



Prozac may be counter-productive

Prozac and drugs like it could be making healthy people with no history of mental illness feel suicidal, say researchers.

Prozac is prescribed to more than 38m people world-wide, and has been one of the pharmaceutical industries biggest success stories of recent years.

However, tests using Lustral, a very similar medicine, suggests that the Prozac "family" of drugs, known as SSRIs, may have dangerous side-effects.

There has long been concerns that the drug is prescribed to patients who suffer only mild symptoms of depression, and who are not clinically ill.

**Search BBC News Online**

Advanced search options

*Launch console for latest audio/video*

**BBC RADIO NEWS**
**BBC ONE TV NEWS**
**WORLD NEWS SUMMARY**
**BBC NEWS 24 BULLETIN**
**PROGRAMMES GUIDE**

**See also:**

23 Sep 99 | Health
Prozac 'cure' for PMT
22 Oct 99 | Health
Bleeding risk of anti-depressants
03 Nov 99 | Health
Prozac stimulates brain cell growth
21 Jan 99 | Medical notes
Prozac

**Internet links:**

University of Wales College of Medicine
Prozac
Eli Lilly

The BBC is not responsible for the content of external internet sites

**Top Health stories now:**

Postcode lottery in GP services
IVF mix-up heads for court
Transplant first for cancer

The research was conducted by Dr David Healy, of the North Wales Department of Psychological Medicine.

He told BBC News Online: "There are risk with these pills and benefits.

"Doctors need to make sure that the people they give these pills to are going to benefit, and that taking the risk is worthwhile - I don't think that always happens."

**Doctors need to make sure that the people they give these pills to are going to benefit - I don't think that always happens**

**Dr David Healy, North Wales Department of Psychological Medicine**

Dr Healy found that two out of 20 healthy volunteers on Lustral became dangerously suicidal.

No such effect was found when the volunteers were put on an antidepressant of a different class called reboxetine.

One of the volunteers, a 30-year-old woman, had a nightmare about having her throat slit after one week on Lustral and by the end of a fortnight she felt suicidal.

SSRIs (selective serotonin reuptake inhibitors) like Prozac and Lustral act to modify levels of serotonin, an important brain chemical messenger generally thought to be associated with mood and feelings of pleasure.

Dr Healy has written to the Medicines Control Agency, which licences medicines in the UK,

patient
Costly wait with dementia symptoms
Chicken checked for BSE
New hope for Aids vaccine
Campaign to end stigma of mental illness
Parents to sue over epilepsy row

**Links to more Health stories are at the foot of the page.**

expressing concern about SSRIs.

He is also concerned that his research has uncovered a serious problem with the way drug trials in general are carried out.

**Drug trials 'are flawed'**

Drug trials, he says, are designed to test whether a drug can treat a condition, not to uncover evidence of side effects.

However, pharmaceutical companies argue that because no evidence of side effects has been uncovered, that proves their drugs are safe.

Dr Healy told BBC News Online: "This is a very worrying state of affairs.

"Potentially every person in the country is in a state of legal jeopardy where they are unable to obtain redress for problems caused by taking drugs."

Eli Lilly, the makers of Prozac, issued a response which said: "There is no scientific evidence that establishes a link between Prozac and violent or suicidal behaviour.

**There is no scientific evidence that establishes a link between Prozac and violent or suicidal behaviour**

**Eli Lilly**

The statement quotes a 1991 finding from an advisory panel of the US Food and Drug Administration, which found 'there is no credible evidence of a causal link between the

use of antidepressant drugs, including Prozac, and suicidality or violent behaviour".

It goes on: "Several studies suggest that Prozac actually reduces aggression and suicidal thoughts and behaviour."

**E-mail this story to a friend**

## Links to more Health stories

In This Section GO

© BBC ^^ **Back to top**

**News Front Page | World | UK | UK Politics | Business | Sci/Tech | Health | Education | Entertainment | Talking Point | In Depth | AudioVideo**

**To BBC Sport>> | To BBC Weather>>**

**© MMIII | News Sources | Privacy**

Hook some Florida fish.
Play Game Now

USA TODAY

Powered by

Advertisement

# Prozac linked to child suicide risk

By Marilyn Elias, USA TODAY

BETHESDA, Md. — Prozac, the only antidepressant certified as safe for children, may make kids more suicidal, according to evidence out Monday.

A large new study added to previous research on Prozac shows that kids taking the drug have about a 50% higher risk of suicidal thoughts and suicide attempts than those getting placebos, says Robert Temple, director of the Office of Drug Evaluation at the Food and Drug Administration.

Temple spoke at the first day of hearings on potential label changes for antidepressants taken by more than a million children and teenagers. The discussion continues today, and an advisory committee could end the day by asking for tougher warning labels on all antidepressants taken by kids. The FDA typically follows the advice of its advisory committees.

Following a February hearing, the FDA in March asked drug companies to relabel 10 antidepressants, warning that young patients should be watched for worsening depression and anxiety. Critics at the time derided that move as "too little, too late," considering that, in December, British drug regulators had advised doctors to prescribe only Prozac for depressed kids.

Drugs in question

The FDA is reviewing label changes for:

**Prozac**
**Zoloft**
**Paxil**
**Luvox**
**Celexa**
**Lexapro**
**Wellbutrin**
**Effexor**
**Serzone**
**Remeron.**

Other major antidepressants prescribed for kids already have been found to raise the risk of suicidal behavior. Prozac had been an exception. "What's interesting and persuasive is that these studies now all lean the same way," Temple says.

So far, only Prozac has been found to be effective in children and teens, although the other drugs, approved for adults, are prescribed to children as an off-label use.

There were no suicides in the antidepressant studies of about 4,600 children. The increased risk for suicidal behavior is small: About two to three kids in a group of 100 become more suicidal because they're on antidepressants, says Tarek Hammad, medical reviewer for the FDA.

Dozens of parents testified at the hearing that antidepressants had caused their children to kill themselves — or others. Their claims were "passionate and plausible," says psychiatrist Wayne Goodman, chairman of the FDA advisory panel.

But other parents and psychiatrists said the popular pills, such as Zoloft and Celexa, are saving lives every day.

Drug company spokesmen argued that antidepressants are safe. Company studies show most suicide

attempts by children on Zoloft are linked to stress, not to taking the drug, says Steve Romano of Pfizer Inc., which makes Zoloft.

Although antidepressants seem to generate more suicidal behavior, "we can't forget all those who are protected from suicide by treatment," Goodman says.

There may be a group of kids who are particularly vulnerable to dangerous effects, but the limited studies so far don't suggest how they can be identified, FDA officials say.

And all the bad publicity on the drugs "is going to put a real damper on research just when we need more. Now (the drug) industry isn't going to want to fund more studies," says Graham Emslie, child psychiatrist at University of Texas Southwestern Medical Center in Dallas.

**Find this article at:**
http://www.usatoday.com/news/health/2004-09-13-prozac_x.htm

Check the box to include the list of links referenced in the article.

Copyright 2008 USA TODAY, a division of Gannett Co. Inc.

# Patient Information Sheet
# Fluoxetine hydrochloride (marketed as Prozac)

This is a summary of the most important information about fluoxetine. For details, talk to your healthcare professional.

**FDA ALERT [07/2006] – Possible Life- Threatening Serotonin Syndrome When Used With Triptan Medicines**

**A life-threatening condition called serotonin syndrome can happen when medicines called selective serotonin reuptake inhibitors (SSRIs), such as Prozac, and medicines used to treat migraine headaches known as 5-hydroxytryptamine receptor agonists (triptans), are used together. Signs and symptoms of serotonin syndrome include the following:**

- **restlessness**
- **hallucinations**
- **loss of coordination**
- **fast heart beat**
- **increased body temperature**
- **fast changes in blood pressure**
- **overactive reflexes**
- **diarrhea**
- **coma**
- **nausea**
- **vomiting**

**Serotonin syndrome may be more likely to occur when starting or increasing the dose of an SSRI or a triptan. This information comes from reports sent to FDA and knowledge of how these medicines work. If you take migraine headache medicines, ask your healthcare professional if your medicine is a triptan.**

**Before you take Prozac and a triptan together, talk to your healthcare professional. If you must take these medicines together, be aware of the possibility of serotonin syndrome, and get medical care right away if you think serotonin syndrome is happening to you.**

*This information reflects FDA's current analysis of data available to FDA concerning this drug.*

*FDA intends to update this sheet when additional information or analyses become available.*

**FDA ALERT [07/2006] – Infant Persistent Pulmonary Hypertension**
**The results of a study that looked at the use of antidepressant medicines during pregnancy in mothers of babies born with a serious condition called persistent pulmonary hypertension of the newborn (PPHN) were recently published in a medical journal. Babies born with PPHN have abnormal blood flow through the heart and lungs and do not get enough oxygen to their bodies. Babies with PPHN can be very sick and may die.**

**The study results showed that:**

- **babies born to mothers who took selective serotonin reuptake inhibitors (SSRIs), the family of medicines Prozac belongs to,**
- **20 weeks or later in their pregnancies,**
- **had a higher chance (were 6 times as likely) to have persistent pulmonary hypertension (PPHN),**
- **than babies born to mothers who did not take antidepressants during pregnancy.**

**The FDA plans to further look at the role of SSRIs in babies with PPHN.**

**Talk to your doctor if you are taking Prozac and are pregnant or are planning to have a baby. You and your doctor will need to talk about the best way to treat your depression during pregnancy.**

*This information reflects FDA's current analysis of data available to FDA concerning this drug. FDA intends to update this sheet when additional information or analyses become available.*

## What is Prozac?

Prozac is in a class of medicines called selective serotonin reuptake inhibitors (SSRIs). Prozac is used to treat Depression, Obsessive-Compulsive Disorder (OCD), Bulemia Nervosa, and Panic Disorder.

## Who Should Not Take Prozac?

**Never take Prozac if you are taking another drug used to treat depression, called a Monoamine Oxidase Inhibitor (MAOI), or if you have stopped taking an MAOI in the last 14 days. Taking Prozac close in time to an MAOI can result in serious, sometimes fatal, reactions, including:**

- **High body temperature**
- **Coma**
- **Seizures (convulsions)**

Do not take a MAOI within 5 weeks of stopping Prozac. MAOI drugs include Nardil (phenelzine

sulfate), Parnate (tranylcypromine sulfate), Marplan (isocarboxazid), and other brands.

**Never take Prozac if you are taking Mellaril (thioridazine),** used to treat schizophrenia. Also, do not take Mellaril within 5 weeks of stopping Prozac. Taking Prozac close in time to Mellaril can result in serious heart beat problems.

## What Are The Risks?

***The following are the major potential risks and side ffects of Prozac therapy. However, this list is not complete.***

- **Possible life-threatening serotonin syndrome when used with triptan medicines: See FDA Alert [07/2006] above.**
- **Infant persistent pulmonary hypertension: See FDA Alert [07/2006] above.**
- **Suicidal thoughts or actions:** Persons taking Prozac may be more likely to think about killing themselves or actually try to do so, especially when Prozac is first started or the dose is changed. People close to persons taking Prozac can help by paying attention to changes in user's moods or actions. Contact your healthcare professional right away if someone using Prozac talks about or shows signs of killing him or herself. If you are taking Prozac yourself and you start thinking about killing yourself, tell your healthcare professional about this side effect right away.
- **Stopping Prozac:** Do not stop taking Prozac suddenly because you could get side effects. Your healthcare professional will slowly decrease your dose.
- **Rash and possible allergic reactions**: Prozac may cause serious skin, lung and allergic-type reactions. Contact your healthcare professional right away if you get a skin rash or hives, have problems breathing, or get swelling of your tongue, lips, or throat.
- **Bleeding problems**: Prozac may cause bleeding problems, especially if taken with aspirin, NSAIDs (nonsteroidal anti-inflammatory drugs, such as ibuprofen and naproxen), or other drugs that affect bleeding.
- **Mania**: You may become unusually hyperactive, excitable or elated.
- **Seizures**: You may experience a seizure (convulsion), even if you are not taking Prozac close in time with an MAOI.
- **Weight loss**: Prozac can cause weight loss. Children who take it for a long time should have their growth and body weight measured regularly.
- **Pregnancy**: Tell your healthcare professional if you are or may be pregnant **(see FDA Alert [07/2006] above)**. In addition to the issue described in the alert, babies delivered to mothers taking Prozac late in pregnancy have developed problems, such as difficulty breathing and feeding.
- **Sexual problems**: You may have problems with impotence (erectile dysfunction),

abnormal ejaculation, difficulty reaching orgasm, or decreased libido (sexual desire).

- **Other side effects** include nausea, difficulty sleeping, anxiety, nervousness, and sleepiness.
- **Tell your healthcare professional** about all your medical conditions, especially if you have liver or heart disease, or diabetes. Tell your healthcare professional if you are breast-feeding or plan to breast-feed your baby.

## Are There Any Interactions With Drugs or Foods?

- Do not take Prozac with Sarafem (Prozac hydrochloride), a drug used to treat PreMenstrual Dysphoric Disorder (PMDD), because they are very similar and you could get an overdose.
- Prozac may interact with medicines other than the ones already mentioned in this information sheet, causing serious side effects. Tell your healthcare professional about all medicines, vitamins, and herbal supplements you take, especially:
    - Those that affect bleeding
    - Those used to treat diabetes, seizures, anxiety, mental illness, or depression
- If you plan to drink alcohol, talk to your healthcare professional.

## How Do I Take Prozac?

- Prozac is taken by mouth, with or without food, exactly as prescribed by your healthcare professional.
- Take the weekly version of Prozac only once a week. Do not start until 7 days after you've taken the last dose of the daily Prozac.

## Is There Anything Else I need to Know?

You can get more information about antidepressants at:
http://www.fda.gov/cder/drug/antidepressants/default.htm

Date this drug approved 1987
Patient Information Sheet Revised 02/2005
Patient Information Sheet Revised 07/2005
Patient Information Sheet Revised 07/2006

Questions? Call Drug Information, 1-888-INFO-FDA (automated) or 301-827-4570
druginfo@fda.hhs.gov

Back to Top Back to Fluoxetine

Date created: May 2005; Updated: July 19, 2006

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research

CORNELL



Home

**Inside Cornell**

About Cornell
Our Philosophy
Awards and Achievements
Cornell Adult Corrections
Abraxas Youth and Family Services
Abraxas Education Group
Our Facilities
Our Management
Our Suppliers
Employment

**Investor Relations**

Investor Relations
Non-GAAP Financial Measures

**Industry**

Overview

# Inside Cornell Companies

Cornell Companies provides a continuum of care to adults and juveniles in institutional, residential, community-based and outpatient settings. Our broad array of services are provided in a structured, safe and secure environment.

Many of the adults and juveniles placed in our programs have intensive and/or multiple and ongoing issues that must be addressed in order to receive effective treatment and begin the recovery process. Among the services offered are:

- substance abuse/addiction counseling, education and treatment
- individual, family and group counseling
- gender-specific treatment
- behavior management strategies
- individual case management
- therapeutic communities

The adults and juveniles placed in our care have the best opportunity for personal change when they are

- involved in meaningful interaction with staff members;
- provided programming that ensures a high degree of constructive activity;
- have high expectations established;
- held accountable for their decisions and behavior; and
- treated with dignity and respect.

As professionals, we must always act in a manner that models the thinking, behaviors and values we teach. In the process, the adults and juveniles in our care, together with our staff, work toward clearly defined goals.

FAQs

Links

**News**

News Releases

Guest Feedback

Cornell Companies, Inc.: 1700 West Loop South, Suite 1500, Houston, TX 77027
713.623.0790 | Toll Free: 888.624.0816 | Fax: 713.623.2853 | guestfeedback@cornellcompanies.com