UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HAKAN YALINCAK, Plaintiff, | |
| v. | Case No. 1:08-CV-00057-S-JH |
| CORNELL COMPANIES, INC., ET AL., Defendants. | March 4, 2008 |

**MOTION FOR CLARIFICATION, OR IN THE ALTERNATIVE, MOTION FOR ARTICULATION OF COURT'S ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

The Plaintiff, Hakan Yalincak ("Yalincak" or "Plaintiff"), respectfully moves this Court, Hagopian, M.J., to clarify, or in the alternative, articulate on its February 28, 2007 Ruling Denying Plaintiff's Motion for Appointment of Counsel. (See Memorandum And Order, Doc. 4).

Specifically, the Memorandum And Order do not state whether the Court's decision is with prejudice or without prejudice to renewal at a later stage, if the circumstances warrant. In that regard, and if requested by the Court, the Plaintiff would like to submit additional evidence. The Plaintiff has read the case quoted by this Court, DesRosiers v. Moran., 949 F.2d 15 (1st Cir. 1991), and in that case, the Court had repeatedly refused to allow the pro se Plaintiff leave to proceed in forma pauperis, amongst other things, and there were no exceptional circumstances. In the instant case, the Plaintiff has been granted leave to proceed in forma pauperis, he does not have complete use of his left arm, and all of the filings have been drafted with the assistance of a legal aid program at the prison.

Moreover, while the issues in the instant case are not extraordinarily complex, there are sixteen defendants, and as the case moves through discovery, any oral arguments, and/or eventually trial, the issues will certainly get a lot more complex.

Therefore, the Plaintiff respectfully requests this Court clarify or in the alternative articulate as to whether the Court's ruling Doc. 4, is with or without prejudice at a later date. Also, to be clear, the Plaintiff, is not in this filing, asking for a reconsideration of the Court's decision, but simply clarification.

**WHEREFORE,** the Plaintiff respectfully requests the Court grant the instant motion and clarify, or in the alternative, articulate as to whether the Court's ruling Doc. 4, is with or without prejudice.

Respectfully submitted,

Hakan Yalincak Pro Se
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986
(252) 358-5200 Tel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing motion was mailed this 4th day of March, 2008, via first-class mail, postage pre-paid by depositing a copy of the same in the RCI legal mailbox, addressed as follows:

Cornell Companies, Inc.
c/o Richard Crane, Esq.
(see attached service list)

and

Cornell Companies, Inc.
(See attached service list)
on behalf of individual Defendants

Hakan Yalincak