**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**HAKAN YALINCAK**

**V.** **C.A. No. 08-057 S**

**CORNELL CORRECTIONS, ET AL.**

**Memorandum and Order**

Presently before the Court is the motion of the pro se petitioner, Hakan Yalincak "for clarification" of this Court's previous order which denied his motion for the appointment of counsel. Plaintiff essentially seeks this Court to reconsider its prior ruling. Said motion is **DENIED**. Plaintiff is not entitled to the appointment of counsel in this civil proceeding.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008