Hakan Yalincak
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986

April 16, 2008

**VIA U.S. MAIL**
Clerk of the Court
United States District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903

Re: Yalincak v. Cornell Companies, Inc., et al.,
Case No. 1:08-CV-00057-S-JH

Dear Sir or Madam:

As you may recall, I am the Pro Se Plaintiff in the above-referenced matter. I write to follow up on my previous letter.

Please find enclosed for your issuance, and processing, the following:

-Summons for Defendants Cornell Companies, Inc. Warden Wayne T. Salisbury, Associate Warden of Donald Wyatt (John Doe), Dr. John Riedel, Lt. Mougenot, Frank Botello, June Maria Carlton, Patrick Toolin, Linda Lugo, Jean Singleton (10 summons);

-Ten copies of the Complaint (one for each defendant);

-Ten copies of the USM-285 Service forms, with five copies for each defendant.

Please kindly ensure that the summons are issued and that these documents are provided to the USM for service of process in accordance with Fed.R.Civ.P. 4(m) and 28 U.S.C. §1915. As you are aware, I am proceeding in forma pauperis. I had previous sent three copies of the Complaint for three of the defendants and have been checking on PACER daily to see if summons were issued, however, it does not appear to be the case. Therefore, I have included those three defendants (Cornell, Warden Salisbury, and the Associate Warden) again in this package.

Additionally, please find enclosed on extra copy of this letter, with a self addressed stamped envelope to confirm receipt. If you have any problems please contact me at the above address.

Very truly yours,

Hakan Yalincak

Enclosures

cc: The Honorable William E. Smith, U.S.D.J.
The Honorable Jacob Hagopian, U.S.M.J.