UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAKEN YALINCAK

v. C.A. No. 08-00057 S

CORNELL COMPANIES, INC. et al.

**ORDER**
**GRANTING MOTION FOR SERVICE**

Presently before the Court is the motion of the *pro se* plaintiff, Haken Yalincak, to have the United States Marshals Service effect service on ten of the named defendants. Specifically, plaintiff seeks to have the United States Marshals Service effect services upon: Cornell Companies, Inc.; Warden Wayne T. Salisbury; Associate Warden of Donald Wyatt (John Doe); Dr. John Riedel; Lt. Mougenot; Frank Botello; June Maria Carlton; Patrick Toolin; Linda Lugo; and Jean Singleton.

Plaintiff is currently incarcerated at the Rivers Correctional Institution in Winton, North Carolina. As plaintiff has been authorized to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (Docket # 4), and is unable to otherwise effect service on the named defendants, pursuant to Federal Rule of Civil Procedure 4(c)(2), plaintiff's Motion for Service upon the forementioned ten defendants is hereby **GRANTED**.

Pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure, plaintiff is responsible for providing the United States Marshals Service with a summons and a copy of the complaint to be served upon each of the ten defendants.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
April 29, 2008