UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAKAN YALINCAK

VS. C. A. NO. 08-57-T

CORNELL COMPANIES, INC.; WARDEN WAYNE T. SALISBURY, JR.; ASSOCIATE WARDEN JOHN DOE 1; JEAN SINGLETON; LINDA LUGO; JUNE M. CARLTON; PATRICK TOOLIN; FRANK BOTELLO; JOHN DOE 2 A/K/A "C.O. BUCKLESS"; JANE DOE 1 A/K/A "C.O. FALCON"; JANE DOE 2 A/K/A "C.O. MORALES"; JOHN DOE 3 A/K/A "SGT GOMES"; JANE DOE 3 A/K/A "NURSE MAUREEN"; JANE DOE 4 A/K/A "NURSE LISA"; LUIS A. CERBO; JOHN RIEDEL; JOHN DOE 4 A/K/A "LT. MOUGENOT; AND JOHN DOE 5 A/K/A "SGT. DOE 5"

**ENTRY OF APPEARANCE**

Dennis T. Grieco, II hereby enters his appearance on behalf of the Defendants, Cornell Companies, Inc., Warden Wayne T. Salisbury, Jr., Jean Singleton, Linda Lugo, June M. Carlton, Patrick Toolin, Frank Botelho, John Riedel, and Lieutenant Mougenot[1].

Defendants,
Cornell Companies, Inc.,
Wayne Salisbury, Jean Singleton, Linda Lugo, June M. Carlton, Patrick Toolin, Frank Botelho, John Riedel, and Lieutenant Mougenot
By their attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

[1] Since service was made upon a single individual on behalf of all of these individual Defendants, Defendants do not waive and expressly preserve the defenses of improper service of process, improper process and lack of personal jurisdiction.

(401) 274-6644 - Fax: 331-9304
DTG@GSM-law.com

**CERTIFICATE OF SERVICE**

Hakan Yalincak, (No. 15662-014) *Pro Se*
RCI
P.O. Box 630
Winton, NC 27986

I hereby certify that on the 23rd day of May, a true copy of the foregoing document was served upon each attorney of record, (or pro se litigant), listed above by electronic filing and mailing of this document with the U.S. District Court for the District of Rhode Island.

/s/ Dennis T. Grieco II