UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAKAN YALINCAK

VS. C. A. NO. 08-57-T

CORNELL COMPANIES, INC. et al.

**DEFENDANTS' MOTION TO EXTEND TIME**

Defendant, Cornell Companies, Inc., Warden Wayne T. Salisbury, Jr., Jean Singleton, Linda Lugo, June M. Carlton, Patrick Toolin, Frank Botelho, John Riedel, and Lieutenant Mougenot hereby move pursuant to Fed.R.Civ.P. 6(b) for an enlargement of time within which to answer the Plaintiff's Complaint. As grounds for the instant motion, the Defendants state that Plaintiff served a copy of his Complaint on Companies, Inc. on May 7, 2008, and upon staff at the Donald W. Wyatt Federal Detention Facility on behalf of Defendants Salisbury, Singleton, Lugo, Carlton, Toolin, Botelho and Mougenot on May 15, 2008.[1]

The *pro se* Plaintiff claims he was denied proper medical care in connection with his claimed mental health issues and attempted suicides while he was incarcerated pending trial at the Donald W. Wyatt Detention Facility in Central Falls Rhode Island. Plaintiff's claims sound in medical negligence and Eighth Amendment violations. His Complaint consists of one hundred eighty-five (185) individual paragraphs, exclusive of subparts and prayers for relief, spread over fifty-one (51) pages, and sets forth numerous detailed factual allegations against multiple defendants concerning three separate incidents. Plaintiff also references a great number of people alleged to have been

[1] Since service was made upon a single individual on behalf of all of these individual Defendants, Defendants do not waive and expressly preserve the defenses of improper service of process, improper process and lack of personal jurisdiction.

involved in or having witnessed the circumstances giving rise to his claims. Accordingly, counsel for these Defendants is in need of a brief period of additional time to review its records and interview many of those individuals in order to respond to the specific allegations set forth in the Plaintiff's Complaint. No prejudice could come to the Plaintiff as a result of this brief enlargement of time.

WHEREFORE, Defendants Cornell Companies, Inc., Warden Wayne T. Salisbury, Jr., Jean Singleton, Linda Lugo, June M. Carlton, Patrick Toolin, Frank Botelho, John Riedel, and Lieutenant Mougenot. request entry of an Order extending the time within which they must answer or otherwise respond to the Plaintiff's Complaint.

Defendants,
Cornell Companies, Inc.,
Wayne Salisbury, Jean Singleton, Linda Lugo, June M. Carlton, Patrick Toolin, Frank Botelho, John Riedel, and Lieutenant Mougenot
By their attorneys,

/s/ Dennis T. Grieco II

Dennis T. Grieco II #5057
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 (fax)
dtg@gsm-law.com

**CERTIFICATION**

Hakan Yalincak, (No. 15662-014) *Pro Se*
RCI
P.O. Box 630
Winton, NC 27986

I hereby certify that on the 23rd day of May, a true copy of the foregoing document was served upon each attorney of record, (or pro se litigant), listed above by electronic filing and mailing of this document with the U.S. District Court for the District of Rhode Island.

/s/ Dennis T. Grieco II