**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 1:08-CV-00057-S-JH

CORNELL COMPANIES INC
1700 WEST LOOP SOUTH STE 1500
HOUSTON, TEXAS 77027

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery 6/03/08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7006 0100 0003 2483 9807

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

Please docket 1:08-CV-00057 Taliacak v. Cornell Companies, Inc. et al

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7006 0100 0003 2483 9807

1:08-CV-00057-S-JH

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

HOUSTON TX 77 CIVIC CENTER STA MAY 6 2008 USPS Postmark Here

CORNELL COMPANIES INC
1700 WEST LOOP SOUTH STE 1500
HOUSTON, TEXAS 77027

PS Form 3800, June 2002 See Reverse for Instructions