AMENDED CERTIFICATE OF SERVICE
FOR PLAINTIFF'S AMENDED COMPLAINT

I hereby certify that a true and accurate copy of the Plaintiff's Amended Complaint was mailed this 28th day of May, 2008, first class postage pre-paid, to the counsel for all of the defendants, in addition to the addresses listed in the initial Certificate of Service for the Amended Complaint (Doc 24), at the attorney's office listed below, by depositing a copy of the same in the RCI legal mailbox addressed as follows:

Dennis T. Grieco, II, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(401) 274-6644 Tel.

Signed under the pains and penalties of perjury this 28 day of May, 2008.

Hakan Yalincak