UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

HAKAN YALINCAK, :

Plaintiff, :

v. : CA NO. 1:08-CV_00057-S-JH

CORNELL COMPANIES, INC., ET AL., :

Defendants. : JULY 2, 2008

**MOTION FOR SERVICE OF PROCESS**

**OF PLAINTIFF'S AMENDED COMPLAINT**

The Plaintiff Hakan Yalincak (hereinafter "the Plaintiff), respectfully moves this Court for an Order directing the United States Marshals Service ("USM"), to serve copies of his Amended Complaint (Doc. 24), and Summons on the nine (9) remaining defendants in this action, as follows: "C.O. Buckless", "C.O. Falcon", "C.O. Morales", "Sgt. Gomes", "Nurse Maureen", "Nurse Lisa", "Luis A. Cerbo", Central Falls Detention Facility Corporation, and Cornell Corrections of Rhode Island, Inc..

In support of his motion, the Plaintiff respectfully states the following:

(1) The Plaintiff is proceeding in forma pauperis (Doc. 4), and previously, this Court, Hagopian, M.J., granted his request for service of process (Doc. 10-11), and the USM served the first 10 defendants in this action on or about May 15, 2008 (Doc. 12-20);

(2) Presently, defendants Buckless, Falcon, Morales, Gomes, Maureen, Lisa, Cerbo, Central Falls Detention Facility

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HAKAN YALINCAK, | : | |
| Plaintiff, | : | |
| v. | : | CA NO. 1:08-CV-00057-S-JH |
| CORNELL COMPANIES, INC., ET AL., | : | |
| Defendants. | : | JULY 2, 2008 |

**MOTION FOR COSTS OF SERVICE PURSUANT TO FED.R.CIV.P.4(d)(2)**

The Plaintiff Hakan Yalincak (hereinafter "the Plaintiff"), respectfully moves this Court for the imposition of costs of service on the remaining nine defendants: C.O. Buckless; C.O. Falcon; C.O. Morales; Sgt. Gomes; Nurse Maureen; Nurse Lisa; Luis A. Cerbo; Central Falls Detention Facility Corporation; and Cornell Corrections of Rhode Island, pursuant to Federal Rules of Civil Procedure ("Fed.R.Civ.P.") 4(d)(2).

In support of his motion, the Plaintiff respectfully states the following:

(1) The Plaintiff is proceeding in forma pauperis (Doc. 4), and previously, this Court, Hagopian, M.J., granted his request for service of process (Doc. 11) on the first ten defendants in this action, and the United States Marshals Service served the first 10 defendants in this action on or about May 15, 2008 (Doc. 12-20, 25).