UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HAKAN YALINCAK, | : | |
| Plaintiff, | : | |
| v. | : | CA NO. 1:08-CV-00057-S_JH |
| CORNELL COMPANIES, INC., ET AL., | : | |
| Defendants. | : | JULY 2, 2008 |

**MOTION FOR ORDER**

The Plaintiff Hakan Yalincak (hereinafter "the Plaintiff"), respectfully moves this Court for an Order directing the Clerk of the Court to provide nine (9) copies of the Plaintiff's Amended Complaint (Doc. 24) to the United States Marshals Service ("USM") for service of process in connection with his Motion for Service of Process of Plaintiff's Amended Complaint, which is being filed simultaneously with the Plaintiff's instant motion.

In support of his instant motion, the Plaintiff respectfully states the following:

(1) The Plaintiff is proceeding in forma pauperis (Doc. 4), and previously, this Court granted his request for service of process (Doc. 11).

(2) In connection with the Plaintiff's first Motion for Service of Process (Doc. 10), the Plaintiff was able to secure enough funds to make the required ten (10) copies of the Complaint and Summons, which were forwarded to the Clerk, and which were subsequently served by the USM (Doc. 12-20).

(3) Subsequently, the Plaintiff, upon acquiring more funds through his earnings while incarcerated, made ten more copies for the remaining defendants and, together with his Second Motion for Service of Process, mailed them to the Clerk of the Court with Summons and USM-285 forms. However, they were either never received or docketed by the Clerk. This took place between May 15, 2008 and May 23, 2008. During that time period, the Plaintiff repeatedly wrote the Clerk, and was simply provided a docket sheet, which revealed that it was not docketed. For convenience of this Court, a copy of the Plaintiff's Second Motion for Service is annexed hereto as **Exhibit A**.

(4) Subsequently, upon appearance of defendants' counsel, the Plaintiff, yet again, made copies of the Complaint, and provided Dennis T. Grieco, Esq., of Gidley Sarli & Marusak, LLP, the copies of the Complaint and the Notice of Lawsuit and Request for Waiver of Service forms pursuant to Fed.R.Civ.P. 4(d). In addition, copies of the same were provided to Attorney Grieco for the corporate defendants, and the same was also provided to the Corporate Agent for the Corporate defendants (See Doc. 23). However, the defendants failed to respond within thirty (30) days, and failed to avoid unnecessary costs of service for the Plaintiff as to the remaining nine defendants.

(5) Given the fact that the Plaintiff has already made over 30 copies of his Complaint (10 of which were never received, or docketed by the Clerk as they accompanied the Plaintiff's Second Motion for Service of Process), the

Plaintiff cannot afford to make yet another round of photocopies for the defendants (the nine remaining defendants). For convenience of the Court, a recent copy of the Plaintiff's Inmate Account Statement is attached hereto as Exhibit B.

(6) The Plaintiff's Amended Complaint is approximately 63 pages in length (Doc. 24). Further, because copies of the Complaint have been provided to the defendants together with the forms under Fed.RCiv.P. 4(d), the defendants should be imposed the costs of service, such as photocopying. See Fed.R.Civ.P. 4(d)(2), and Yalincak v. Sherman, 2007 WL 3046262 at *2 (D.Conn.2007), Stapo Indus. Inc., v. M/V Henry Hudson Bridge, 109 F.R.D. 124, 125-26 (S.D.N.Y. 1990). In connection the instant motion, the Plaintiff is also filing simultaneously herewith, a Motion for Service of Process by the United States Marshals on the remaining 9 defendants, and a Motion for Costs pursuant to Fed.R.Civ.P. 4(d)(2).

**WHEREFORE**, the Plaintiff respectfully prays that this Court grant the instant motion together with any other relief that this Court deems just and proper.

Respectfully submitted,
HAKAN YALINCAK PRO SE,

Hakan Yalincak
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was mailed this 2nd day of July, 2008 via first-class mail, postage pre-paid by depositing a copy of the same in the RCI legal mailbox addressed as follows:

Dennis T. Grieco, II, Esq.,
Gidely Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(Counsel for all defendants)

Hakan Yalincak

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

HAKAN YALINCAK, :
Plaintiff, :
v. : Civ. Case No. 1:08-CV-00057-S-JH
CORNELL COMPANIES, INC., ET AL.,:
Defendants. :

**ORDER**

The Plaintiff's Motion for Order directing the Clerk of the Court to produce nine (9) copies of the Amended Complaint for Service of Process by the United States Marshal's Service having been considered by the Court, and notice having been given to all parties,

IT IS HEREBY GRANTED/DENIED;

SO ORDERED

Dated:______________

at Providence, Rhode Island

______________________
The Hon. Jacob Hagopian
U.S. Magistrate Judge