UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

Exhibit A

HAKAN YALINCAK, :
Plaintiff, :
v. : C.A. No. 1:08-CV-00057-S-JH
CORNELL COMPANIES, INC., ET AL., :
Defendant. : MAY 15, 2008

PLAINTIFF'S SECOND MOTION FOR SERVICE OF PROCESS PURSUANT TO 28 U.S.C. §1915(c) AND FRCP 4(c)(2)

The Plaintiff, hakan Yalincak, in the above-entitled matters moves this Court for service of process by the United States Marshal's Service pursuant to 28 U.S.C. §1915(c) and FRCP 4(c)(2).

In support of his motion, the Plaintiff represents the following:

(1) Plaintiff is currently incarcerated at the Rivers Correctional Institution in Winton, North Carolina and is proceeding Pro Se, and in forma pauperis pursuant to 28 U.S.C. §1915 (Doc. 4).

(2) Recently, on April 21, 2008, the Plaintiff filed a Motion for Service of Process, and provided the Clerk of the Court with the summons and complaint for the following Defendants: Cornell Companies, Inc.; Warden Wayne T. Salisbury; Associate Warden of Donald Wyatt (John Doe), Dr. John Riedel; Lt. Mougenot; Frank Botello; June Maria Carlton; Patrick Toolin; Linsa Lugo; and Jean Singleton (ten defendants) and the said Motion was granted by this COurt, Hagopian, M.J. on April 29, 2008 (Doc. 11).

(3) The Plaintiff by letter dated May 13, 2008 informed the Clerk that the materials (Complaint, Summons, and USM-285 Forms) were provided to serve the ten previous defendants identified in his April 21, 2008 motion (Doc. 10), at the time of that filing.

(4) The Plaintiff now seeks to have the following remaining defendants served by the U.S. Marshal Service pursuant to 28 U.S.C. §1915(c) and FRCP 4(c)(2): Cornell Corrections of Rhode Island, Inc.; Central Falls Detention Facility Corporation; C.O. Buckless (John Doe 2); C.O. Falcon (Jane Doe 1); C.O. Morales (Jane Doe 2); Sgt. Gomes (John Doe 3); Nurse Maureen (Jane Doe 3); Nurse Lisa (Jane Doe 4); Luis A. Cerbo; and Sgt. John Doe 5 (i.e., remaining ten defendants).

(5) As with his previous filing, the Plaintiff is enclosing a summons, complaint, and sufficient USM-285 Forms for service to be effected by the U.S. Marshal Service upon ruling on this motion. These documents are being provided to the Clerk of the Court simultaneously herewith this motion.[1]

(6) Absent granting of this motion the Plaintiff will be unable to effectuate service on his own.

**WHEREFORE**, the Plaintiff respectfully requests that this Court grant the instant motion and allow the U.S. Marshal Service to effectuate service of process on the above named defendants forthwith.

FN1. The Plaintiff provided the ten summons and complaint(s) for service of process on the previous defendants simultaneously with his April 21, 2008 motion (Doc. 10). However, despite the Court's granting the previous motion for the first ten defendants, the Clerk has still not issued the summons for them.

Respectfully submitted,
HAKAN YALINCAK,

Hakan Yalincak, Pro Se
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of this motion was mailed this____day of May, 2008 via firstc-lass mail, postage pre-paid by depositing a copy of the same in the RCI legal mailbox addressed as follows:

Cornell Companies, Inc.,
CT Corporation System (Corporate Agent)
10 Weybosset Street
Providence, RI 02903
(Corp. & Ind. Defendants)

Central Falls Detention Facility Corporation
20 Centerville Road
Warwick, RI 02886
Corporate Agent/Attorney: Christopher M. Orton, Esq.

Hakan Yalincak