PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7006 0810 0000 4290 1019

7006 0810 0000 4290 1019

## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ 0.84 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.74 |

Postmark Here

*Sent To* Dennis T. Grieco, Esq.

*Street, Apt. No.; or PO Box No.* One Turks Head Place Suite 900

*City, State, ZIP+4* Providence, RI 02903

PS Form 3800, June 2002 See Reverse for Instructions

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Hakan Yalincak
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986

Exhibit A.