JUL 21 2008
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

HAKAN YALINCAK, :

Plaintiff, :

v. : CA NO. 1:08-CV_00057-S-JH

CORNELL COMPANIES, INC., ET AL., :

Defendants. : JULY 2, 2008

**MOTION FOR SERVICE OF PROCESS**

**OF PLAINTIFF'S AMENDED COMPLAINT**

The Plaintiff Hakan Yalincak (hereinafter "the Plaintiff), respectfully moves this Court for an Order directing the United States Marshals Service ("USM"), to serve copies of his Amended Complaint (Doc. 24), and Summons on the nine (9) remaining defendants in this action, as follows: "C.O. Buckless", "C.O. Falcon", "C.O. Morales", "Sgt. Gomes", "Nurse Maureen", "Nurse Lisa", "Luis A. Cerbo", Central Falls Detention Facility Corporation, and Cornell Corrections of Rhode Island, Inc..

In support of his motion, the Plaintiff respectfully states the following:

(1) The Plaintiff is proceeding in forma pauperis (Doc. 4), and previously, this Court, Hagopian, M.J., granted his request for service of process (Doc. 10-11), and the USM served the first 10 defendants in this action on or about May 15, 2008 (Doc. 12-20);

(2) Presently, defendants Buckless, Falcon, Morales, Gomes, Maureen, Lisa, Cerbo, Central Falls Detention Facility

Corporation, and Cornell Corrections of Rhode Island, Inc. have not been served. However, the Plaintiff has provided each of these defendants an opportunity to waive the formal service of summons, by providing them a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Fed.R.Civ.P. 4(d)(2). Nonetheless, despite the Plaintiff's diligent efforts, which included providing a copy of the same to the Corporate Agent for the Corporate Defendants and counsel for all of the individual defendants, the defendants failed to avoid unnecessary costs for the Plaintiff;

(3) Because the defendants have not waived formal service of summons pursuant to Fed.R.Civ.P. 4(d), and because the Plaintiff is indigent and has no alternative means to serve the remaining defendants, the Plaintiff respectfully requests that the Court direct the USM to serve the Plaintiff's Amended Complaint and Summons on the remaining defendants, C.O. Buckless; C.O. Falcon; C.O. Morales; Sgt. Gomes; Nurse Maureen; Nurse Lisa; Luis A. Cerbo, Central Falls Detention Facility Corporation; and Cornell Corrections Of Rhode Island, Inc.;

(4) Simultaneously with this motion, the Plaintiff is providing copies of the Summons, and USM-285 forms for the USM to effectuate service of process. Additionaly, the Plaintiff is filing a separate motion requesting that the Court direct the Clerk of the Court to provide copies of the Amended Complaint (9 copies), as he does not have the

financial means to make 9 copies of the Complaint on his own. Moreover, on May 15, 2008, the Plaintiff mailed his motion entitled "Plaintiff's Second Motion for Service of Process Pursuant to 28 U.S.C. §1915(c) and FRCP(c)(2)" with copies of the Complaint, Summons, and USM-285 forms, however, despite repeated letters to the Clerk's Office and this Court, Hagopian, M.J., the said motion was either not received or not docketed. The Plaintiff simply cannot afford to make 9 copies of the Complaint, when it was already mailed to the Clerk and either lost or not docketed; when copies were already mailed together with the forms prscribed by Fed.R.Civ.P. 4(d) to the defendants herein to avoid unnecessary costs; and given the fact that the Plaintiff's current inmate account balance is nearly $0.00;

(5) Additionally, the Plaintiff is simultaneously filing herewith, a Motion for Costs pursuant to Fed.R.Civ.P. 4(d)(2), so the costs of photocopying of the Complaint and any fees that may be incurred by the USM can be paid by the defndants. Because the defendants failed to waive formal service of summons and in light of their statutory duty to avoid costs, they are responsible for the costs of service at this juncture. See Yalincak v. Sherman, et al., 2007 WL 3046262 at *2 (D.Conn.2007)(imposing costs of service on defendants after they failed to waive formal service of summons in in forma pauperis action). (A copy of the West Law printout is attached hereto as Exhibit A.)

(6) In light of the foregoing, the Plaintiff respectfully requests that the instant motion be granted, and the Court direct the USM to effect service of process of the Complaint and Summons on the defendants; the Court further dirct the Clerk to provide the USM with 9 copies of his Amended Complaint (Doc. 24) to the USM, as the Plaintiff does not presently have the financials means to make the copies himself; and further ,the Court impose the costs asociated with the foregoing on the defendants pursuant to Fed.R.Civ.P. 4(d)(2).

**WHEREFORE**, the Plaintiff respectfully prays that the instant motion be granted.

Respectfully submitted,
HAKAN YALINCAK PRO SE

Hakan Yalincak Pro Se
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986
(252) 358-5200 Tel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing motion was mailed this 14th day of July, 2008, (See Order Doc 28) via first-class mail, postage pre-paid, by depositing a copy of the same in the RCI legal mailbox addressed as follows:

Dennis T. Grieco, II., Esq.,
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(Counsel for all of the defendants)

Hakan Yalincak