**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

HAKAN YALINCAK, :

Plaintiff, :

v. : Civ. Case No. 1:08-CV-00057-S-JH

CORNELL COMPANIES, INC., ET AL.,:

Defendants. :

**ORDER**

The Plaintiff's Motion for Service of Process of Plaintiff's Amended Complaint having been considered by the Court, and notice having been given to all parties,

IT IS HEREBY GRANTED/DENIED;

IT IS FURTHER ORDERED, THE USM shall serve the Plaintiff's Complaint on the defendants identified as Buckless, Falcon, Morales, Gomes, Maureen, Lisa, Cerbo, Central Falls Detention Facility Corporation, and Cornell Corrections of Rhode Island, Inc.

SO ORDERED

Dated:__________________

Providence, Rhode Island

__________________________
The Hon. Jacob Hagopian
U.S. Magistrate Judge