UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

HAKAN YALINCAK, :

Plaintiff, :

v. : CA NO. 1:08-CV-00057-S-JH

CORNELL COMPANIES, INC., ET AL., :

Defendants. : JULY 2, 2008

**MOTION FOR COSTS OF SERVICE PURSUANT TO FED.R.CIV.P.4(d)(2)**

The Plaintiff Hakan Yalincak (hereinafter "the Plaintiff"), respectfully moves this Court for the imposition of costs of service on the remaining nine defendants: C.O. Buckless; C.O. Falcon; C.O. Morales; Sgt. Gomes; Nurse Maureen; Nurse Lisa; Luis A. Cerbo; Central Falls Detention Facility Corporation; and Cornell Corrections of Rhode Island, pursuant to Federal Rules of Civil Procedure ("Fed.R.Civ.P.") 4(d)(2).

In support of his motion, the Plaintiff respectfully states the following:

(1) The Plaintiff is proceeding in forma pauperis (Doc. 4), and previously, this Court, Hagopian, M.J., granted his request for service of process (Doc. 11) on the first ten defendants in this action, and the United States Marshals Service served the first 10 defendants in this action on or about May 15, 2008 (Doc. 12-20, 25).

(2) Presently, defendants Buckless, Falcon, Morales, Gomes, Maureen, Lisa, Cerbo, Central Falls Detention Facility Corporation, and Cornell Corrections of Rhode Island, Inc., have not been served. However, the Plaintiff has provided these defendants, including the corporate agent for the corporate defendants (Doc. 23) an opportunity to waive the formal service of summons, by providing them a copy of the Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Fed.R.Civ.P. 4(d)(2). Nonethless, despite the Plaintiff's diligent efforts, which included providing the counsel for said defendants a copy of the same, the defendants failed to avoid unnecessary costs for the Plaintiff.

(3) In a similar case, Hakan Yalincak v. Michael Sherman, et al., 2007 WL 3046262 *2 (D.Conn.2007)(Nevas, J.), the Court imposed the costs of service and photocpying by the United States Marhals on the defendants after the defendants refused to waive formal service of summons after being provided copies of the forms prescribed by Fed.R.Civ.P. 4(d). Likewise, here, despite numerous letters to the defendants' counsel of Dennis T. Grieco, II, Esq., Gidely Sarli & Marusak, no respones has been received. Accordingly, this Court should impose the costs of service, including photocopying and mailing on the defendants, as well as whatever costs are incurred by the United States Marshals Service.

(4) To date, the Plaintiff has incurred costs of $183.35, which includes postage and costs of photocopying the initial Complaint and Amended Complaint. Because of the

defendants refusal to waive formal service of summons and refusal to comply with their statutory obligation to avoid unnecessary costs for the Plaintiff, the Plaintiff has been left in a position where absent granting of the two motions he is filing simultaneously herewith entitled Motion for Order dircting the Clerk to provide the USM with 9 copies of the Complaint so the defendants may be properly served, together with his Motion for Service of Process directing the USM to serve the remaining nine defendants with copies of the Complaint, he may not be able to serve the defendants. The defndants' actions have simply served to deplete the Plaintiff's inmate trust account and the Plaintiff does not have the ability to make yet another round of photocopies for the defendants at his own expense since the defendants have refused to waive service and, moreover, they have actual notice of the lawsuit.

(5) In light of the foregoing, the Plaintiff asks that the costs of $183.35 be imposed on the nine defendants: Buckless, Morales, Gomes, Maureen, Lisa, Cerbo, Central Falls Detention Facility Corporation, and Cornell Corrections of Rhode Island, Inc., jointly and severally, and that whatever costs that are incurred by the Clerk for making nine additional copies of the Complaint (Doc. 24), and costs of service by the USM be imposed on the said defendants. In support of his own costs, the Plaintiff is attaching hereto copies of receipts for his own expenses. (Exhibit A).

**WHEREFORE**, the Plaintiff respectfully requests that the instant motion be granted and that the costs be imposed on the nine defendants Buckless, Falcon, Morales, Gomes, Maureen, Lisa, Cerbo, Central Falls Detention Facility Corporation, and Cornell Corrections of Rhode Island, Inc., jointly and severally in the amount of $183.35, and that whatever costs incurred by the Clerk of the Court in connection with producing nine copies for service of process by the USM, and the costs of formal service of summons by the USM, also be imposed on the defendants named above.

Respectfully submitted,
HAKAN YALINCAK PRO SE,

Hakan Yalincak
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986
(252) 358-5200 Tel.

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was mailed this 11th day of July, (See order Doc. 28) 2008, via first-class mail, postage pre-paid by depositing a copy of the same in the RCI legal mailbox addressed as follows:

Dennis T. Grieco, II, Esq.,
Gidley Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
(Counsel for all of the Cornell/CFDFC Defendants)

[signature]
Hakan Yalincak