UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
JUL 21 2008
Property of U.S. District Court
District of Rhode Island

HAKAN YALINCAK, :
Plaintiff, :
v. : Civ. Case No. 1:08-CV-00057-S-JH
CORNELL COMPANIES, INC., ET AL.,:
Defendants. :

**ORDER**

The Plaintiff's Motion for Costs of Service Pursuant to Fed.R.Civ.P. 4(d)(2) having been considered by the Court, and notice having been given to all parties,

IT IS HEREBY GRANTED/DENIED;

IT IS FURTHER ORDERED, the costs incurred by the Plaintiff in the amount of ___________ shall be imposed on the defendants;

IT IS FURTHER ORDERED, the costs incurred by the Clerk of the Court for production of nine copies of the Plaintiff's AMended Complaint in the amount of _____________ shall be imposed on the defendants;

IT IS FURTHER ORDERED, the costs of service of process by the United States Marshals Service shall be imposed on the defendants in the amount of _________________;

IT IS FURTHER ORDERED, all costs in connection with service of process shall be joint and severable between the nine defendants;

SO ORDERED

Dated:_______________

at Providence, Rhode Island

_________________________
The Hon. Jacob Hagopian
U.S. Magistrate Judge