**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**HAKAN YALINCAK**

**v.** **C.A. No. 08-057 S**

**CORNELL COMPANIES, INC., ET AL.**

**ORDER**

Plaintiff Hakan Yalincak, *pro se*, a former detainee at the Donald W. Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island who is currently incarcerated in North Carolina, filed a Complaint with the Court on February 20, 2008, complaining about the medical care he received during his confinement at Wyatt (Docket # 1). Presently before the Court is a motion by defendants Cornell Companies, Inc.; Warden Wayne T. Salisbury, Jr.; Jean Singleton; Linda Lugo; June M. Carlton; Patrick Toolin; Frank Botelho; John Riedel; and Lieutenant Mougenot (the "Named Defendants") for an enlargement of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (the "Federal Rules") to answer plaintiff's Complaint (Docket # 22).

However, on June 4, 2008, plaintiff filed an Amended Complaint pursuant to Rule 15(a) of the Federal Rules, which provides that a plaintiff may amend his complaint once without leave of court before a responsive pleading is served. Fed.R.Civ.P. 15(a). Pursuant to Rule 5 of the Federal Rules, plaintiff served the Named Defendants with the Amended Complaint by mailing copies of the Amended Complaint to the lawyer who had made an appearance on their behalf in the case. An amended complaint supersedes an earlier complaint in its entirety, *see Kolling v. American Power Conversion Corp.*, 347 F.3d 11, 16 (1st Cir. 2003), and defendants are required to respond to the amended pleading in accordance with Rule 15(a) of the Federal Rules. Accordingly, as plaintiff's Complaint has been superseded by his Amended Complaint, the Named Defendants' motion for an extension of time to respond to plaintiff's Complaint is **DENIED** as moot.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 20 Aug 2008