UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HAKAN YALINCAK

v. C.A. No. 08-057 S

CORNELL COMPANIES, INC., ET AL.

ORDER

Plaintiff Hakan Yalincak, *pro se*, a former detainee at the Donald W. Wyatt Detention Facility ("Wyatt") in Central Falls, Rhode Island who is currently incarcerated in North Carolina, filed an Amended Complaint with the Court on June 4, 2008, complaining about the medical care he received during his confinement at Wyatt (Docket # 24). Presently before the Court is plaintiff's motion for leave to serve interrogatories on the corporate defendants named in the Amended Complaint: Cornell Companies, Inc. ("CCI"); Central Falls Detention Facility Corporation ("CFDFC"); and Cornell Corrections of Rhode Island, Inc. ("CCRI") (Docket # 31).

Plaintiff seeks the full names and addresses of certain employees (or former employees) at Wyatt whom he is attempting to name as defendants in this matter. Since plaintiff is a person in the custody of the United States who brought this action without an attorney, as described in Rule 26(a)(1)(B)(iv) of the Federal Rules of Civil Procedure (the "Federal Rules"), he may seek up to 25 interrogatories from any other party in the action at any time without leave of court. Fed.R.Civ.P. 26(d)(1) & 33(a)(1). Plaintiff does not state that he requires leave of court because he desires to serve more than 25 interrogatories. Accordingly, plaintiff's motion for leave of court to serve interrogatories is **DENIED** as unnecessary.[1]

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
September 9, 2008

[1]The Court notes, however, that interrogatories may only be served on parties. *See* Fed.R.Civ.P. 33. While it appears that CCI has been served and is a party in this action, CFDFC and CCRI may not have been served yet. Accordingly, CFDFC and CCRI may not yet be parties upon whom plaintiff may serve interrogatories.