AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the DISTRICT OF RHODE ISLAND

HAKAN YALINCAK
Plaintiff
v.
CORNELL COMPANIES INC ET AL
Defendant

Civil Action No. 08-CV-00057-S-JH

## Summons in a Civil Action

To: *(Defendant's name and address)*
CENTRAL FALLS DETENTION FACILITY CORP.
20 Centerville Road
Warwick, RI 02886
Corporate Agent/Christopher M. Orton

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

HAKAN YALINCAK
Reg. No. 15662-014
RCI
P.O. Box 630
Winton, NC 27986

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 7-14-08

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on July 29, 2008, by:

(1) personally delivering a copy of each to the individual at this place, Central Falls Detention Facility Corp., 20 Centerville Road, Warwick, RI 02886 ; or
By mail;

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ______ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporate Agent, 20 Centerville Road, Warwick, RI; or

(4) returning the summons unexecuted to the court clerk on ______; or

(5) other *(specify)* ______

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

Date: July 29, 2008

Hale Yalincak
Server's signature

Hale Yalincak, Non-Party to this Action
Printed name and title

785 Terryville Ave.
Apt. A-3
Bristol, CT 06010
Server's address